### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW PAUL LEONARD, | ) | |
| d/b/a APL Microscope, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| STEMTECH INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### COMPLAINT

The Plaintiff, Andrew Paul Leonard, d/b/a APL Microscopic complains and alleges as follows:

### JURISDICTION AND VENUE

1.      This is an action for copyright infringement under 17 U.S.C. § 101.

2.      This Court has jurisdiction pursuant to 28 U.S.C. §1331 and pursuant to 28 U.S.C. § 1338(a).

3.      Venue is proper in this District under 28 U.S.C. § 1391(b) and (c), because Defendant is a Delaware corporation and, thus, resides in this judicial district.  Additionally, venue is proper under 28 U.S.C. §1400(a), because Defendant has a principal place of business, and may be found, in the District.

### THE PARTIES

4.      Plaintiff Andrew Paul Leonard, (hereinafter, Mr. Leonard) is an individual doing business as APL Microscopic at 379 West Street, Suite 4A, New York, NY 10014.

5.     Defendant Stemtech International, Inc. (hereinafter, Stemtech) is a Delaware Corporation, with corporate offices at 1011 Calle Amanecer, San Clemente, CA 92672. Stemtech has offices worldwide.

## GENERAL ALLEGATIONS

6.     Mr. Leonard is an award-winning professional photographer who uses the scanning electron microscope (hereinafter, SEM) as his camera. His subject matter is often difficult to procure and prepare. The SEM produces only grayscale (black and white) images. When images are captured, Mr. Leonard enhances them digitally by adding colors and effects. As a result, his photographs are unique and highly desirable, particularly to the medical, and pharmaceutical industries. Leonard invests a great deal of time and money in creating his photographs. Sales of the photographs are currently conducted by direct contact with Mr. Leonard

7.     Mr. Leonard is the author and owner of a photograph "Scanning Electron Microscopy of Human Bone Marrow Stem Cells". The photograph is protected by copyright and registered with the U.S. Copyright Office and holds the registration number VA 1-426-178, issued December 20, 2007 (hereinafter, Image 3). A copy of the copyright registration for Image 3 is attached as Exhibit "A".  Registration 1-426-178 is for a published work. A copy of Image 3 is attached as Exhibit "B".

8.     On January 16, 2012, Stemtech published three web pages containing Image #3 on defendant Stemtech's official website. "Stemtech International, Inc." and "Stemtech UK Ltd" are used in the page titles, along with the Stemtech logo. In the page footer, Stemtech's copyright notification is displayed and reads as "© 2012 Stemtech UK Ltd- All rights reserved," along with a link "to view the Code of Ethics by which we abide, click here." These pages reside at:

http://whatarestemcells.Stemtechbiz.co.uk/home.aspx
http://whatarestemcells.Stemtechbiz.co.uk/Contact.aspx
http://whatarestemcells.Stemtechbiz.co.uk/MyStory.aspx

The web pages prominently displayed a copy of Image 3, A copy of the Defendant's official website, with pages displaying Image 3 as shown on January 16, 2012 are attached as Exhibit "C", Exhibit "D", and Exhibit "E".

9.    Upon information and belief, the Image 3 was distributed by Stemtech through DVDs, and possibly file sharing web-based applications, such as Exigo

10.    Defendant did not obtain a license for use of photograph Image 3 and failed to give proper attribution or notice of the true ownership rights in the copyrighted work.

11.    As result of the Stemtech's actions, Mr. Leonard's copyright of Image 3 has been infringed, for which Mr. Leonard is entitled to damages.

**CLAIM FOR RELIEF**
**(Copyright Infringement Under 17 U.S.C. § 101, et seq.)**

12.    The Plaintiff incorporates the allegations of paragraphs 1 through 11 of this complaint as if fully alleged herein.

13.    The Defendant knew or should have known that Image 3 was protected by copyright and, that when procured by Stemtech, it was published with willful disregard for Mr. Leonard's rights

14.    The foreseeable result of the Defendant's wrongful conduct has been to deprive the Plaintiff, Mr. Leonard, of the enjoyment of his exclusive rights in and to the copyrighted work.

15.    The Defendant has willfully infringed and has wrongfully profited from the unlicensed use of Image 3.

16.     Plaintiff, Mr. Leonard, is further entitled to recover damages from the Defendant for the Plaintiff's actual damages and any additional profits of the Defendant under 17 U.S.C. § 504 (a)(1) or, in the alternative, is entitled to an award of statutory damages under 17 U.S.C. § 504(a)(2).

17.     Plaintiff, Mr. Leonard, is entitled to enhanced damages under 17 U.S.C. §504(c)(2) for willful infringement.

18.     Plaintiff, Mr. Leonard, is further entitled to recover the costs of bringing this action and attorney's fees under 17 U.S.C. § 505.

19.     Plaintiff, Mr. Leonard, in entitled to such other and further relief as is deemed to be just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.


WHEREFORE, Plaintiff, ANDREW PAUL LEONARD, demands judgment against the Defendant, Stemtech, as follows:

a) That Defendant be required to deliver up for impoundment all copies of Plaintiff's Photograph in all forms whatsoever, which are in Defendant's possession or under its control, including all copies in all versions and media including printed copies, and copies in magnetic, electronic and digital formats;

b) That the court order Defendant to delete the Photograph from its computers and/or web servers;

c) That the court order Defendant to preserve all electronic records, backup archives, databases, sales reporting systems, and customer management systems (including, but not limited to, Exigo).

d) That Plaintiff be awarded actual damages, additional profits of the Defendant, or alternatively, statutory damages, enhanced damages for willful infringement, attorneys' fees, the costs of this action, and such other and further relief as the Court deems just.

**SEITZ, VAN OGTROP & GREEN, P.A.**

**/s/ James S. Green, Sr.**
**JAMES S. GREEN, SR., ESQ. (DE0481)**
**KEVIN A. GUERKE, ESQ. (DE4096)**
**JARED T. GREEN, ESQ. (DE5179)**
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-0600
            *Attorneys for Plaintiff*

OF COUNSEL:
Jan I. Berlage, Esq.
Gohn, Hankey & Stichel, LLP
201 N. Charles Street, Suite 2101
Baltimore, MD 21201
(410) 752-9300

Dated: January 27, 2012