Exhibit A



# Exhibit B



**Image 3**



Copyright © 2009 ANDREW PAUL LEONARD/ APL MICROSCOPIC. ALL RIGHTS RESERVED
No images or graphics on this web site may be used without permission in writing. To obtain usage rights please contacting Andrew Paul Leonard

Exhibit C

Screen shot 2012-01-21 at 3.38.40 PM

Stemtech UK Ltd.

http://whatarestemcells.stemtechbiz.co.uk/home.aspx

Back Office Login

**stemtech**
The Stem Cell Nutrition Company®

Home   Company   Products   Opportunity   News & Events   Shop Retail   Enrol & Save

Improve your **LIFE** with Adult **STEM CELL** nutrition



View the
**PRODUCT VIDEO**



**Stemtech Independent Distributor**
ID#: 6026958
Email
Read my Story





**DIRECT** from the **CEO**

**Stem-** **CHANGES LIVES** Watch the Video

**Stemtec COMPE... PLAN**

**CHIEF SCIENTIST'S Perspective**





© 2012 Stemtech UK Ltd· All rights reserved.   To view the Code of Ethics by which we abide, click here



# Exhibit E

Screen shot 2012-01-21 at 3:46.50 PM

Stemtech International, Inc. – My Story

http://whatarestemcells.stemtechbiz.co.uk/MyStory.aspx

Google

**stemtech**
The Stem Cell Nutrition Company®

Home    Company    Products    Opportunity    News & Events    Shop Retail    Enrol & Save    Back Office Login

ID#: 6026958

## My Story

ID#: 6026958
[ Email Distributor ]

http://www.facebook.com/StemEnhanceSE2

Independent Distributor Website:
[ http://whatarestemcells.stemtechbiz.com ]

The information provided is an unsolicited testimonial by an independent representative and not provided directly by Stemtech. Information provided is intended to express the sole opinion of the representative ONLY and is not certified by Stemtech.

© 2012 Stemtech UK Ltd- All rights reserved.    To view the Code of Ethics by which we abide, click here