IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANDREW PAUL LEONARD,  :
d/b/a APL Microscopic,  :
                          Plaintiff,  :
                                :
                      v.  :  Civil Action No. 12-86-LPS-CJB
                                :
STEMTECH INTERNATIONAL, INC.,  :
                          Defendant.  :

## ORDER

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 25) dated August 24, 2012;

WHEREAS, the Report and Recommendation recommends that the Court DENY Defendant's motion to dismiss (D.I. 6), and DENY Defendant's motion for sanctions (D.I. 10).

WHEREAS, any Objections to the Report and Recommendation (D.I. 25) were to be filed by September 10, 2012;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 25) is **ADOPTED**; and Defendant's motion to dismiss (D.I. 6) is **DENIED**, and Defendant's motion for sanctions (D.I. 10) is **DENIED**.

Dated: September 28, 2012

_____
UNITED STATES DISTRICT JUDGE